```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**THERSIA ANN HERRON**                                           PLAINTIFF

       **v.**           **Civil No. 08-5037**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                              DEFENDANT

### O R D E R

Now on this 17th day of June, 2008, comes on for consideration the parties' **Joint Motion To Dismiss** (document #10), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                   **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE**